**Opinion issued September 26, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00235-CV

———————————

### MICHAEL O. WHITMIRE, Appellant

### V.

### HARRIS COUNTY, ET AL, Appellees

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-03976**

---

## MEMORANDUM OPINION

Appellant, Michael O. Whitmire, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a) (West 2013), 101.041 (West Supp. 2016); Order, Fees Charged in the Supreme Court, in Civil Cases in the

Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

On August 16, 2017, appellees filed a motion to dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3. More than ten days have passed and appellant has not responded to the motion to dismiss. We grant the motion and dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.